UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-MJ-70502-MAG |
| Plaintiff, | DETENTION ORDER |
| v. | |
| RUBEN ANTONIO GAONA-CORNEJO, | |
| Defendant. | |

On March 25, 2021, defendant Ruben Antonio Gaona-Cornejo was charged by Complaint with Illegal Reentry, and Illegal Reentry After Conviction for an Aggravated Felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

This matter came before the Court on April 7, 2021, for a detention hearing. The defendant was present and represented by Erick L. Guzmán. Assistant United States Attorney Amani S. Floyd appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant's desire to avoid removal from the United States; (2) the defendant's

attempt to flee and giving of a false name when arrested on the instant charge; (3) the nature and circumstances of the defendant's prior domestic violence conviction; and (4) the nature and circumstances of the defendant's arrest in January 2021 for allegedly threatening to kill someone. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: April 8, 2021

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge