STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6940
FAX: (415) 436-7234
Amani.Floyd@usdoj.gov

Attorneys for United States of America

**FILED**

May 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUBEN ANTONIO GAONA-CORNEJO, ) <br> ) <br> Defendant. ) | CASE NO. 3:21-MJ-70502-MAG <br><br> STIPULATION TO CONTINUE HEARING AND TO EXCLUDE TIME FROM MAY 14, 2021 TO MAY 21, 2021 AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Ruben Antonio Gaona-Cornejo that, with the Court's approval, the hearing currently scheduled for May 14, 2021 at 10:30 a.m. should be continued to May 21, 2021 at 10:30 a.m., or as soon thereafter as the Court is available. An Indictment in the above-captioned matter was issued on May 13, 2021. While the parties are scheduled to appear before the Court on May 14, 2021, counsel for Mr. Gaona-Cornejo has been exposed to COVID-19 and is unavailable on that date. Therefore, the parties respectfully request that the May 14, 2021 hearing be continued to May 21, 2021.

The government and counsel for the defendant further stipulate and request that time be excluded under the Speedy Trial Act from May 14, 2021 through May 21, 2021. The parties have agreed that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including

STIP. TO CONT. AND TO EXCLUDE TIME AND [PROPOSED] ORDER

v. 7/10/2018

by reviewing the discovery already produced, taking into account the exercise of due diligence. For this reason, the parties stipulate and agree that excluding time until May 21, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 14, 2021 through May 21, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 13, 2021

/s/
AMANI S. FLOYD
Assistant United States Attorney

DATED: May 13, 2021

/s/
ERICK L. GUZMAN
Counsel for Defendant Ruben Antonio Gaona-Cornejo

IT IS SO ORDERED.

DATED: May 13, 2021

HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. TO CONT. AND TO EXCLUDE TIME AND [PROPOSED] ORDER
v. 7/10/2018